IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






NO. PD-0193-11





 

DEVIN SHARIF BRIDGES, Appellant



v.



THE STATE OF TEXAS





ON REHEARING OF APPELLANT'S 


 PETITION FOR DISCRETIONARY REVIEW

FROM THE FIFTH COURT OF APPEALS


DALLAS COUNTY





 Per curiam.


O P I N I O N 




 Appellant was convicted of murder and sentenced to confinement for life and
assessed a fine of $10,000. The Court of Appeals affirmed the conviction. Bridges v.
State, (Tex. App. -- Dallas, No. 05-09-00784-CR, delivered January 31, 2011). 
Appellant's petition for discretionary review was dismissed as untimely filed on July 27,
2011. Appellant has filed a motion for rehearing requesting reinstatement of his petition
so that it will be considered by this Court. Appellant's motion for rehearing is granted. 
His petition filed in this Court on July 5, 2011, is reinstated as of November 2, 2011, and
will be considered in accord with Tex.R.App.P. 68. 


Delivered November 2, 2011

Do not publish